**978**

818, 102 S.Ct. 2727, 2738, 73 L.Ed.2d 396 (1982).

AFFIRMED.

William Boyd TUCKER,
Petitioner-Appellant,

v.

Ralph KEMP, Warden, Georgia
Diagnostic and Classification
Center, Respondent-Appellee.

No. 87–8357.

United States Court of Appeals,
Eleventh Circuit.

May 26, 1987.

Robert B. Remar, Remar and Graettinger, P.C., Atlanta, Ga., for petitioner-appellant.

William B. Hill, Jr., Asst. Atty. Gen., Atlanta, Ga., for respondent-appellee.

Before TJOFLAT, HATCHETT and ANDERSON, Circuit Judges.

BY THE COURT:

Petitioner's application for certificate of probable cause is DENIED, opinion to that effect to issue on Wednesday, May 27, 1987. Petitioner's execution is stayed until 7:00 P.M., Thursday, May 28, 1987.

William Boyd TUCKER,
Petitioner-Appellant,

v.

Ralph KEMP, Warden, Georgia
Diagnostic and Classification
Center, Respondent-Appellee.

No. 87–8357.

United States Court of Appeals,
Eleventh Circuit.

May 27, 1987.

